Jimmy Don QUICK *v.* STATE of Arkansas

CR 93-1397                                              868 S.W.2d 488

Supreme Court of Arkansas
Opinion delivered January 18, 1994

*Thurman Ragar, Jr.*, for appellant.

No response.

PER CURIAM: The appellant, Jimmy Don Quick, by his attorney, has filed for a rule on the clerk.

His attorney, Thurman Ragar, admits that the failure to file the record within the prescribed time was due to a mistake on his part.

We hold that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.